Leslie JOHNSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27490.

Court of Criminal Appeals of Texas.

March 23, 1955.

Elton Cecil WORD, Appellant,

v.

The STATE of Texas, Appellee.

No. 27500.

Court of Criminal Appeals of Texas.

March 23, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Jr., Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery; the punishment, five years' confinement in the state penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The offense is aggravated assault with a motor vehicle; the punishment, 60 days in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.